**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:        **Defendant, VICTOR ALFONSO PEREZ VIRGEN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.:  1:14 CR00226 AWI-BAM (005)** |
| **Plaintiff(s),** | |
| **v.** | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |
| **Victor Alfonso Perez Virgen,** | |
| **Defendant(s).** | |

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, Victor Alfonso Perez Virgen, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Mr. Virgen resides in Lodi, CA, is currently attending trade school, and will commence working full time prior to his next court date. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, PETER M. JONES, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Virgen is currently in compliance with all his conditions under Pretrial Services.

Dated:  March 13, 2015                           /s/VICTOR ALFONSO PEREZ VIRGEN
                                              VICTOR ALFONSO PEREZ VIRGEN

Dated:  March 13, 2015

                                          /s/ PETER M. JONES
                                          PETER M. JONES, Attorney for
                                          Defendant, VICTOR ALFONSO PEREZ VIRGEN


                                          **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **March 13, 2015**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE