**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for: **Defendant, VICTOR ALFONSO PEREZ VIRGEN**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>VICTOR ALFONSO PEREZ VIRGEN,<br><br>Defendant(s). | Case No.: 1:14 CR00226 DAD BAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, VICTOR ALFONSO PEREZ VIRGEN, renews his previously granted request to be absent from all pretrial hearings, to include the hearing scheduled for March 5, 2018 at 10:00 a.m., before District Court Judge Dale A. Drozd to reschedule his trial confirmation and jury trial dates.

Mr. Virgen has been advised of his right to be present at all stages of the proceedings, and hereby requests that this Court proceed in his absence on, Monday, March 5, 2018, and any other occasion that the Court may permit, pursuant to this waiver. Mr. Virgen continues to reside in Lodi, California with his wife and three children, and is gainfully employed in that area full-time. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Peter M. Jones, the same as if Defendant were personally

present, and requests that this court allow his attorney-in-fact to represent his interests at all times that may be permitted. Defendant further agrees that notice to Defendant's attorneys that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Virgen is now and consistently has been in compliance with all his conditions under Pretrial Services since his release.

Dated: March 1, 2018                /s/ VICTOR ALFONSO PEREZ VIRGEN
                                    VICTOR ALFONSO PEREZ VIRGEN


Dated: March 1, 2018                WANGER JONES HELSLEY PC



                                    By /s/ PETER M. JONES
                                       PETER M. JONES, Attorney for
                                       Defendant, Victor Alfonso Perez Virgen



### ORDER


GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived and excused from appearing at the pretrial conference set for Monday March 5, 2018 at 10:00 a.m. to reschedule his trial confirmation and jury trial dates.

IT IS SO ORDERED.

Dated: **March 2, 2018**            _____
                                    UNITED STATES DISTRICT JUDGE

{7539/002/00537161.DOC}                2
WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; [PROPOSED] ORDER THEREON