1 | **WANGER JONES HELSLEY PC**
  | 265 E. River Park Circle, Suite 310
2 | Fresno, California 93720
  | Telephone: (559) 233-4800
3 | Facsimile: (559) 233-9330

4 | Peter M. Jones #105811

5 | Attorneys for: Victor Alfonso Perez Virgen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00226-DAD-BAM-5 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| VICTOR ALFONSO PEREZ VIRGEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective attorneys of record herein that the Change of Plea hearing in the above-referenced action now scheduled for April 23, 2018 be continued to **May 29, 2018 at 10:00 a.m.**

IT IS FURTHER STIPULATED that good cause exists to exclude time until the new date of May 29, 2018.

The continuance of the Change of Plea hearing is being requested by the parties due to an unforeseen conflict in defense counsel's schedule.

///
///
///
///
///

1

**IT IS SO STIPULATED.**

Respectfully Submitted

DATED: April 19, 2018  By: /s/ Peter M. Jones
Peter M. Jones, Attorney for Defendant
Victor Alfonso Perez Virgen

DATED: April 19, 2018  By: /s/ Kathleen Servatius
Kathleen Servatius, Attorney for
Plaintiff United States of America

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the change of plea hearing in this case. Good cause appearing, the change of plea hearing as to Victor Alfonso Perez Virgen currently set for April 23, 2018, is continued to **May 29, 2018, at 10:00am.** The time period between April 23, 2018 and May 29, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__            _____
                                          UNITED STATES DISTRICT JUDGE